CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Carlos Ordonez-Rodriguez**<br>YOB: 1995; Honduras Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-04503MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 15, 2018, at or near Why in the District of Arizona, **Carlos Ordonez-Rodriguez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on June 14, 2017 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Carlos Ordonez-Rodriguez** is a citizen of Honduras. On June 14, 2017, **Carlos Ordonez-Rodriguez** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona. On May 15, 2018, agents found **Carlos Ordonez-Rodriguez** in the United States at or near Why, Arizona, without the proper immigration documents. **Carlos Ordonez-Rodriguez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CMN/drh<br>AUTHORIZED AUSA /s/Carolyn M. Nedder | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 16, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54